

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00936-CV

Christopher **BAKER**, David Brown, and James Kerr,
Appellants

v.

James E. **BENNETT**, Jr., Dennis Worley, Sterling Koonce, Flying A Limited Partnership L.P.,
Joseph W. Forbes, Jr., Kenneth Clark, James Boggess, Joel Webb, Jaimie Livingston, David
Miner, Ronald English and MDF, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05787
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the interlocutory appeal filed by
appellants Christopher Baker, David Brown, and James Kerr is DISMISSED AS MOOT. Costs
of the appeal are taxed against appellants Christopher Baker, David Brown, and James Kerr.

SIGNED March 13, 2019.

_____
Rebeca C. Martinez, Justice